UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| KEITH VAN SANT, | : | **CASE NO. 1:17-CV-01552** |
| --- | --- | --- |
| Plaintiff | : | |
| v. | : | (Chief Magistrate Judge Schwab) |
| CHOICE HOTELS INTERNATIONAL, INC., *et al.*, | : | |
| Defendants | : | |

## ORDER
March 28, 2019

**IT IS ORDERED** that the defendants' motion (doc. 41) for summary judgment is **DENIED**.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge